UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MIREYA GHENT,**

　　Plaintiff,

v.                                                    CASE NO.: 8:19-cv-00317-WFJ-SPF

**GENESIS FS CARD SERVICES, INC.,**

　　Defendant.

## NOTICE OF PENDING SETTLEMENT

　　Plaintiff, MIREYA GHENT, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, MIREYA GHENT, and Defendant, GENESIS FS CARD SERVICES, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Amanda J. Allen, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　**Amanda J. Allen, Esq**.
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.:  98228
　　　　　　　　　　　　　　　　　　　　　　　　THE CONSUMER PROTECTION FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　4030 Henderson Blvd.
　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33629
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (813) 500-1500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (813) 435-2369
　　　　　　　　　　　　　　　　　　　　　　　　Amanda@TheConsumerProtectionFirm.com
　　　　　　　　　　　　　　　　　　　　　　　　Shenia@TheConsumerProtectionFirm.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on September 23, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

        */s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq.**
Florida Bar No.: 98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*