**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MIREYA GHENT,

    Plaintiff,

v.                                                                       CASE NO.   8:19-cv-00317-WFJ-SPF

GENESIS FS CARD SERVICES, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Mireya Ghent, and the Defendant, Genesis FS Card Services, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Michael P. Schuette, Esq.* |
| Amanda J. Allen, Esquire | Michael P. Schuette, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 0106181 |
| Amanda@TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| William Peerce Howard, Esq. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Florida Bar No. 0103330 | 3350 Buschwood Park Drive, Suite 195 |
| Billy@TheConsumerProtectionFirm.com | Tampa, FL 33618 |
| The Consumer Protection Firm, PLLC | Tele: (813) 890-2472 |
| 4030 Henderson Blvd. | Fax: (877) 334-0661 |
| Tampa, FL 33629 | |
| Tele: (813) 500-1500 | ***Attorneys for Defendant*** |
| Fax: (813) 435-2369 | |

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I certify that on November 18, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                      *s/Amanda J. Allen, Esq.*
                                      **Amanda J. Allen, Esquire**
                                      Florida Bar No. 98228
                                      Amanda@TheConsumerProtectionFirm.com
                                      Shenia@TheConsumerProtectionFirm.com
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL 33629
                                      Tele:  (813) 500-1500
                                      Fax:  (813) 435-2369
                                      ***Attorney for Plaintiff***